# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **RONNIE STRANGE and JENNY STRANGE,** | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No.: 1:24-cv-1130 |
| vs. | )<br>) (*Removed from the Hardin County Circuit* |
| **LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,** | ) *Court, Case No. 24-CV-9*)<br>)<br>)<br>) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Liberty Mutual Personal Insurance Company, by and through undersigned counsel, states as follows:

1. Liberty Mutual Personal Insurance Company is a company organized under the laws of the State of New Hampshire and the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

2. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

3. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

4. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

5. Liberty Mutual Insurance Company owns 100% of the stock of Liberty Mutual Personal Insurance Company.

54607454 v1

Respectfully submitted,

*/s/ Matthew B. Rogers*
Brian C. Neal (BPR #022532)
Matthew B. Rogers (BPR #038777)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile: (615) 724-3346

*Attorneys for Defendant Liberty Mutual Personal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2024, I served a copy of the foregoing via the Court's CM/ECF system and/or email on the following:

> W. Brantley Pierce
> The Morgan Law Group
> 5310 Maryland Way; Suite 310
> Brentwood, TN 37027
> bpierce@morganlawgroup.net

*/s/ Matthew B. Rogers*